*Exhibit A*

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Law Enforcement and TxDOT Use ONLY
- ☐ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE
- Total Num. Units: 2
- Total Num. Pers: 4
- TxDOT Crash ID:

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 4

## Crash Identification & Location

- *Crash Date (MM/DD/YYYY): 04/03/2020
- *Crash Time (24HRMM): 2345
- Case ID: 2004-00058
- Local Use:
- *County Name: McLennan
- *City Name: BRUCEVILLE-EDDY
- ☐ Outside City Limit
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
- Latitude: 31° 11' 31.367"
- Longitude: -97° 12' 23.28"

### Road on Which Crash Occurred
- 1 Rdwy. Sys.: IH
- *Hwy. Num.: 35
- 2 Rdwy. Part: 1
- Block Num.:
- 3 Street Prefix: N
- *Street Name: INTERSTATE HIGHWAY 35
- 4 Street Suffix: HWY
- ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
- ☐ Toll Road/Toll Lane
- Speed Limit: 75
- Const. Zone: ☐ Yes ☒ No
- Workers Present: ☐ Yes ☒ No
- Street Desc.: MAIN/PROPER

### Intersecting Road, or If Crash Not at Intersection, Nearest Intersecting Road or Reference Marker
- At Int.: ☐ Yes ☒ No
- 1 Rdwy. Sys.:
- Hwy. Num.:
- 2. Rdwy. Part:
- Block Num.:
- 3 Street Prefix:
- Street Name:
- 4 Street Suffix:
- Distance from Int. or Ref. Marker: 100 ☒ FT ☐ MI
- 3 Dir. from Int. or Ref. Marker: N
- Reference Marker: 319
- Street Desc.:
- RRX Num.:

## Unit 1

- Unit Num.: 1
- 5 Unit Desc.: 1
- ☐ Parked Vehicle
- ☐ Hit and Run
- LP State: ON
- LP Num.: 1095PV
- VIN: 1FUJGLDR2HHJC3081
- Veh. Year: 2017
- 6. Veh. Color: RED
- Veh. Make: FREIGHTLINER
- Veh. Model: UNKNOWN
- 7 Body Style: TT
- ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 2
- DL/ID State: CD
- DL/ID Num.: C9408-68988-70905
- 9 DL Class: 98
- 10 CDL End.: 98
- 11 DL Rest.: 98
- DOB (MM/DD/YYYY): 09/10/15/1987

Address (Street, City, State, ZIP): 1196 CAEN AVE, WOODSTOCK, -- N4T0G3

| Person Num. | 12 Prsn Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Al Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CURRY, 99   SANDEEP SINGH | B | 2 | A | 1 | 1 | 99 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 10 | LAMEY, 99   RAJINDER KAUR | B | 32 | A | 2 | 1 | 99 | 1 | 97 | N | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

- ☒ Owner ☐ Lessee
- Owner/Lessee Name & Address: SKYLARK LOGISTICS INC, 7295 MASON ROAD, CAMBRIDGE, ONTARIO N3C2V4
- Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: 1
- Fin. Resp. Name: OLD REPUBLIC INSURANCE COMPANY
- Fin. Resp. Num.: T357360
- Fin. Resp. Phone Num.: (905) 523-5936
- 27 Vehicle Damage Rating 1: 2-FR-3
- 27 Vehicle Damage Rating 2: 3-RP-4
- Vehicle Inventoried: ☐ Yes ☒ No
- Towed By: TOW KING WRECKER SERVICE
- Towed To: 7191 BAGBY, WACO, TX 76712

## Unit 2

- Unit Num.: 2
- 5 Unit Desc.: 1
- ☐ Parked Vehicle
- ☐ Hit and Run
- LP State: OR
- LP Num.: T612729
- VIN: 1FT8W3DT9LEC44227
- Veh. Year: 2020
- 6. Veh. Color: WHI
- Veh. Make: Ford
- Veh. Model: F SERIES
- 7 Body Style: TR
- ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 1
- DL/ID State: OR
- DL/ID Num.: 1972644
- 9 DL Class: 98
- 10 CDL End.: 96
- 11 DL Rest.: 98
- DOB (MM/DD/YYYY): 07/24/1956

Address (Street, City, State, ZIP): 20836 NE SIERRA DR UNIT 1, BEND, OR 97701

| Person Num. | 12 Prsn Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Al Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GRAYSON, 96 EDWIN EARL | B | 63 | 99 | 1 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | GRAYSON, 96   TYSON LEE | B | 33 | 99 | 1 | 1 | 1 | 2 | 97 | N | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

- ☒ Owner ☐ Lessee
- Owner/Lessee Name & Address: EAN HOLDINGS LLC, 20955 SW GERDA LANE, SHERWOOD, OR 97140
- Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: 7
- Fin. Resp. Name: EAN HOLDINGS, LLC
- Fin. Resp. Num.: 116
- Fin. Resp. Phone Num.: (973) 921-5500
- 27 Vehicle Damage Rating 1: 1-2-FC-7
- 27 Vehicle Damage Rating 2:
- Vehicle Inventoried: ☐ Yes ☒ No
- Towed By: TOW KING WRECKER SERVICE, 7191 BAGBY, WA
- Towed To: 7191 BAGBY, WACO, TX 76712

5 Pages SCANNED : Fri, 17 Apr 2020 19:17:43 GMT

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID: 2004-00058
TxDOT Crash ID:

Page 2 of 4

## Disposition of Injured/Killed

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 1 | 2 | | AMERICAN MEDICAL RESPONSE | | |
| 1 | 1 | | AMERICAN MEDICAL RESPONSE | | |
| 2 | 2 | | AMERICAN MEDICAL RESPONSE | | |
| 2 | 1 | | AMERICAN MEDICAL RESPONSE | | |

## Charges

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

## Damage

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| INTERSTATE METAL GUARD RAILING | STATE OF TEXAS | |

## CMV

Unit Num. 1 — [X] 10,001+ LBS — [ ] TRANSPORTING HAZARDOUS MATERIAL — [ ] 9+ CAPACITY — CMV Disabling Damage? [X] Yes [ ] No — 26 Veh. Oper. 1 — 29 Carrier ID Type 1 — Carrier ID Num. 01193154

Carrier's Corp. Name: SKYLARK LOGISTICS INC
Carrier's Primary Addr: 7295 MASON ROAD, CAMBRIDGE, NA N3C2V
30 Veh. Type: 9

31 Bus Type: 0 — [X] RGVW [ ] GVWR: 50,000 — HazMat Released [ ] Yes [ ] No — 32 HazMat Class Num. — HazMat ID Num. — 32 HazMat Class Num. — HazMat ID Num. — 33 Cargo Body Type: 3

Unit Num.: — [ ] RGVW [ ] GVWR — 34 Trlr. Type — CMV Disabling Damage? [ ] Yes [ ] No — Unit Num. — [ ] RGVW [ ] GVWR — 34 Trlr. Type — CMV Disabling Damage? [ ] Yes [ ] No

Sequence of Events: 35 Seq. 1: 18 — 35 Seq. 2 — 35 Seq. 3 — 35 Seq. 4 — Intermodal Shipping Container Permit [ ] Yes [X] No — Actual Gross Weight — Total Num. Axles:

## Factors & Conditions

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | | May Have Contrib. | | Contributing | | May Have Contrib. | | | | | | | | |
| 1 | 20 | | 19 | 40 | | | | | | | | | | | |
| 2 | 20 | | 19 | 40 | | | | | 1 | 3 | 98 | 4 | 3 | 2 | 17 |

## Narrative and Diagram

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

See Attached

Indicate North ↑

X = IMPACT

Field Diagram - Not to Scale

NB IH 35 MM 319

## Investigator

Time Notified (24HR:MM): 2:34:15 — How Notified: DISPATCH — Time Arrived (24HR:MM): 23:41:7 — Report Date (MM/DD/YYYY): 04/04/2020

Invest. Comp. [X] Yes [ ] No — Investigator Name (Printed): Martinez, J — ID Num. 894

ORI Num.: TX1151260 — Agency: BRUCEVILLE-EDDY POLICE DEPARTMENT — Service/Region/DA:

5 Pages SCANNED : Fri, 17 Apr 2020 19:17:43 GMT

## CRASH NARRATIVE

**CASE NUMBER:** 2004-00058    **OFFICER NAME:** Martinez, J    **NEAREST CITY:** BRUCEVILLE-EDDY
**CRASH DATE/TIME:** 4/3/2020 11:45:47 PM    **COUNTY:** McLennan

On 04/03/2020 at approximately 11:45 PM, Unit #1 was traveling northbound in the center of Interstate Highway 35 near mile marker 319 Bruceville, TX 76630. At this time Unit #1 began drifting towards the right-side of the roadway, eventually crossing into the right-hand lane then into the right-hand shoulder and then off the roadway. Unit #1 then sharply turned towards the left-side of the roadway causing Unit #1 to roll over. Immediately following the roll over of Unit #1, Unit #2 while also traveling northbound, crashed directly into the rolled over Unit #1. Unit #1 had extensive trailer damage, passenger side vehicle with no airbag deployment and caused significant damages to the guard railing of the Interstate. Unit #2 had extensive front end damages and had full airbag deployment from the crash. Both occupants to Unit #1 and Unit #2 were transported to the hospital by emergency medical services. Both Unit #1 and Unit #2 were towed by Tow King in Waco TX.

5 Pages SCANNED : Fri, 17 Apr 2020 19:17:43 GMT

## CRASH DIAGRAM

**CASE NUMBER:** 2004-00058  
**CRASH DATE/TIME:** 4/3/2020 11:45:47 PM  
**OFFICER NAME:** Martinez, J

**NEAREST CITY:** BRUCEVILLE-EDDY  
**COUNTY:** McLennan



X = IMPACT

NB IH 35 MM 319

5 Pages SCANNED : Fri, 17 Apr 2020 19:17:43 GMT