*Exhibit B*

## AFFIDAVIT OF RANJIT SINGH

| | |
|---|---|
| COUNTRY OF CANADA | § |
| | § |
| PROVINCE OF ONTARIO | § |
| | § |
| CITY OF CAMBRIDGE | § |

Before me, the undersigned authority, appeared Ranjit Singh, who, after being by me duly sworn, did testify as follows:

1. My name is Ranjit Singh. I am over the age of eighteen, have not been convicted of a felony or crime involving moral turpitude, and am otherwise competent and capable of making the present affidavit.

2. I am the President of Skylark Logistics, Inc.

3. As the President of Skylark Logistics, Inc., I am familiar with the business practices and organization of for Skylark Logistics, Inc., including but not limited to its place of incoropration and its principal place of business. The facts stated within this affidavit are true and correct.

4. Skylark Logistics, Inc. is incorporated in Ontario, Canada.

5. Skylark Logistics, Inc.'s principal place of business is in Cambridge, Ontario, Canada.

6. Skylark Logistics, Inc. does not have an office in the State of Texas.

7. Skylark Logistics, Inc. does not own property in the State of Texas.

Further, Affiant Sayeth Not.

_____
Ranjit Singh, President

Witness as to the signature of Ranjit Singh.

ROSE FARRUGE
LAWYER, NOTARY PUBLIC
27-50 STEELES AVE. E.
MILTON, ON L9T 4W9
TEL: (289) 270-4321
FAX: (416) 391-6122

1

SWORN TO and SUBSCRIBED before me on the __17TH__ day of May, 2021.

In Milton ON, Municipality of Halton

_____
Notary Public, Provinence of Ontario

BOSE FAGBURE
LAWYER, NOTARY PUBLIC
27-50 STEELES AVE. E.
MILTON, ON L9T 4W9
TEL: (289) 270-4321
FAX: (416) 391-6122

2